*J. Thomas Hoffman,* with him *David S. Palkovitz,* for appellee.

PER CURIAM, April 11, 1944:
The judgment of the court below in the above-entitled case is affirmed on the opinion of Judge McNAUGHER; costs to be paid by appellant.

## Bunton, Appellant, *v.* Fidelity Trust Company et al.

Argued March 23, 1944. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

reargument refused May 25, 1944.

322

324

*Harry R. Bunton,* in propria persona, appellant.

*Robert D. Dalzell,* with him *Park J. Alexander* and *Dalzell, McFall, Pringle & Bredin,* for appellees.

PER CURIAM, April 10, 1944:

The decree of the court below in the above-entitled case is affirmed on the opinion of Judge THOMPSON, costs to be paid by the appellant.